UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CALVIN CARNES, JR.,       )
     Petitioner        )
     v.             )
                  )      Case No. 15-11858
KELLY RYAN,         )
     Respondent     )

**STATUS REPORT**

Now comes the Petitioner, Calvin Carnes, and respectfully updates this Court as to the status of his state court proceedings.

1. On January 29, 2026 Carnes filed his Second Motion for New Trial and incorporated Memorandum of Law, his Motion to Recuse All Judges who Regularly Sit in Suffolk County, and his Motion for Post-Conviction Discovery in hand to Suffolk Superior Court.

2. On February 6, 2026 Carnes' case was specially assigned to Judge Michael A. Cahillane.

3. On February 13, 2026 the Commonwealth was ordered to respond to Carnes' Motion for Post-Conviction Discovery and Second Motion for New Trial within 60 days.

4. On April 14, 2025, the Commonwealth filed their Motion To Enlarge Time For Filing The Commonwealth's Answer To The Defendant's Second Motion For A New Trial requesting until June 5, 2026, to file their response to Carnes' Motion for Post-Conviction Discovery and Second Motion for New Trial.

5.  On April 29, 2026, the Superior Court allowed the Commonwealth's Motion To Enlarge Time For Filing The Commonwealth's Answer To The Defendant's Second Motion For A New Trial.

Respectfully Submitted,
CALVIN CARNES
By His Attorneys

/s/ Rosemary Scapicchio
Rosemary Curran Scapicchio
107 Union Wharf
Boston, Massachusetts 02109
(617) 263-7400
rosemary@scapicchiolaw.com
BBO # 558312

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party and upon any party appearing pro se by complying with this Court's directives on electronic filing.

Dated: May 28, 2026  Signed: /s/ Rosemary Curran Scapicchio